*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
KING, STEPHENS, and GEIS,
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Devin A. BOYD**
Personnel Support Seaman Apprentice (E-2), U.S. Navy
Appellant

**No. 201900278**

Decided: 11 March 2020.

Appeal from the United States Navy-Marine Corps Trial Judiciary.

Military Judge:
Michael Luken

Sentence adjudged 18 June 2019 by a general court-martial convened at Naval Station Norfolk, Virginia, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 18 months,[1] and a bad-conduct discharge.

For Appellant:
*Lieutenant Colonel Michael D. Berry, USMC.*

For Appellee:
*Brian K. Keller, Esq.*

_____

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

---

[1] The convening authority suspended confinement in excess of 210 days pursuant to a pretrial agreement.

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court